1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   TIMOTHY CAISSE,                         1:08-cv-01972-SMS (HC)

12               Petitioner,
                                             ORDER AUTHORIZING
13        vs.                                IN FORMA PAUPERIS STATUS

14   JAMES HARTLEY,

15               Respondent.
                                        /
16

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19   proceed *in forma pauperis*.

20

21

22

23   IT IS SO ORDERED.

24   **Dated:    February 4, 2009**              **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28